UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
       **Plaintiff**

v.                                            Case Number 8:01cr248-002
                                              USM Number 17277-047

**RONALD J. DAVIS**
       **Defendant**

                                             **Karen M. Shanahan**
                                             **Defendant's Attorney**

_____

### JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of the mandatory condition which states the defendant shall not commit another crime during the term of supervised release and standard condition #7.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violations Concluded |
|---|---|---|
| 1 | New law violation | March 6, 2009 |
| 2 | New law violation | April 24, 2009 |
| 3 | New law violation | May 23, 2009 |
| 5 | Drug use | April 30, 2009 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and *Booker/FanFan* decisions.

Allegations 4 and 6 are withdrawn on the motion of the United States.

Following the imposition of sentence, the Court advised the defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                    Date of Imposition of Sentence:
                                                                     July 24, 2009

                                                                  s/ Joseph F. Bataillon
                                                              United States District Judge

                                                                        August 10, 2009

Defendant: RONALD J. DAVIS Page 2 of 4
Case Number: 8:01CR248

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eight (8) months.**

1) The defendant is given credit for time served from 6/12/09.

2) The defendant is remanded to the custody of the United States marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt , above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

Defendant: RONALD J. DAVIS                                                                                               Page 3 of 4
Case Number: 8:01CR248

## SUPERVISED RELEASE

No term of supervised release is imposed.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00<br>balance of $75.00 remains | .00 | $2,574.00 |

The Court has determined that the defendant does not have the ability to pay interest and it is ordered that:

## FINE

No fine imposed.

## RESTITUTION

Restitution in the amount of **$2,574.00** is hereby ordered.  The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| CUMIS Insurance Society, Inc. | $2,574.00 | $2,574.00 | Priority Order/Percentage |
| **Totals** | $2,574.00 | $2,574.00 | |

*During the term of incarceration, he will pay 25% of his prison earnings towards his outstanding criminal monetary penalty.*
*Following his release, the defendant will make payments in the amount of $100 or 10% of the defendant's gross income, which ever is greater.  The first payment should commence 30 days following the defendant's discharge from incarceration until the criminal monetary penalty is paid in full.  The defendant shall provide proof of payment to the US Probation Officer.  The defendant is also responsible for informing the Probation Officer of any changes in his economic circumstances affecting his ability to pay the monthly installment. Defendant shall be responsible for providing proof of payment to the U.S. Probation Officer as directed.*

Defendant: RONALD J. DAVIS  Page 4 of 4
Case Number: 8:01CR248

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay; payment of the total criminal monetary penalties shall be due as follows:

      Lump sum payment of $ 2,674.00 due immediately, balance due

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer or the United States attorney.

      All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**Restitution is hereby ordered jointly and severally with:  Matthew Sanders 8:01CR248.**

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk